UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DENISE CHRISTINE DABNEY,

      Plaintiff,                                                 Case No. 24-cv-11574
                                                        Hon. Matthew F. Leitman

v.

DONALD J. SINTA, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulated Notice of Voluntary Dismissal With Prejudice by the parties, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                       s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: June 6, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2025, by electronic means and/or ordinary mail.

                                                       s/Holly A. Ryan
                                                     Case Manager
                                                     (313) 234-5126